AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  **1:22-CV-08323-ALC**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Lauer Enterprises, Inc.**
was recieved by me on  **10/08/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Mo N a Ben-hammed**, who is designated by law to accept service of process on behalf of **Lauer Enterprises, Inc.10/11/2022**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  10/11/2022

*Server's signature*

**Charlotte Minogue**
*Printed name and title*

**1628 Eustis Street
5B
Lauderdale, MN 55108**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Mo N a Ben-hammed who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired female contact 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with an accent.**



Tracking #: **0094777350**

