

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Magistrate Katharine H. Parker
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

February 8, 2023

   Re: *Toro v. Lauer Enterprises, Inc.*
     Case No. 1:22-cv-08323
     <u>Request for Adjournment of Initial Pretrial Conference</u>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/9/2023
```

Dear Judge Parker:

  Plaintiff submits this letter-motion to seek an <u>adjournment of the initial pretrial conference, currently scheduled to take place in-person on February 14, 2023.</u> With the consent of the Defendant, Plaintiff requests a thirty day adjournment to March 14, 2023, or a date more convenient to the Court. The Parties are in active negotiations to possibly resolve the matter and request additional time to see if the matter will be settled. Further, Plaintiff's Counsel will not be in New York on February 14, 2023, and will be unable to attend the conference. This is the first time this relief is being requested and both Parties consent.

  Plaintiff thanks the Court for its consideration herein.

Respectfully submitted,

**MARS KHAIMOV LAW, PLLC**

*/s/ Mars Khaimov*
Mars Khaimov, Esq.

Attorneys for Plaintiff

---

**APPLICATION GRANTED**

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.  2/9/2023

The parties' request to adjourn the February 14, 2023 conference is GRANTED. The parties are ordered to file a joint status letter by March 14, 2023, updating the Court on the parties' progress with settlement discussions.