```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**TORO,** *on behalf of himself and all others similarly situated*

                                         **Plaintiffs,**

-against-

**LAUER ENTERPRISES, INC.,**

                                         **Defendant.**

22-cv-08323 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       It having been reported to the Court that this case has been or will be settled, ECF No. 23, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    **June 21, 2023**
             **New York, New York**

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**